IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KHEOSHI OWENS,

        Plaintiff,

    v.

LATITUDE PROPERTIES, INC. fka
JULAY PROPERTIES INC., dba
LATITUDE PROPERTY MANAGEMENT
and 45 MAIN PROPERTIES; KELCY
KING; NEAL COLLINS; ENTRUST
ADMINISTRATION fbo CHARLES E.
NOL; TERRANCE P. CAVANAGH; and
CARL D. VANDERZANDEN,

        Defendants.

No. 3:19-cv-01331-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on January 20, 2021, in which she recommends that this Court deny Defendants' Motion for Summary Judgment. F&R,

1 - ORDER

ECF 42. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Defendants filed timely objections to the Magistrate Judge's Findings & Recommendation. Defs. Objs., ECF 44 and 45. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Defendants' objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [42]. Therefore, Defendants' Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

DATED: _____March 28, 2021_____.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER